# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICE OF FLORIDA
## FORT MYERS DIVISION
## CIVIL RIGHTS COMPLAINT FORM
## TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

Inmate # 719553
MORETTO STEPHEN
    Plaintiff,

PROVIDED TO DESOTO C. I.
ON 4-13-17 FOR MAILING
INMATE INITIALS
OFFICER INITIALS

vs.

Case No.:_____

2:17-CV-206-FtM-99CM

JULIA JONES; P. MURPHY; SYNTHIA WILSON;
RONALD SOLORZANO-PALLAIS; TRUNG VAN LE;
C. WILLIAMS; CAPT. WOODS; SUSAN SCIGIANO;
NORWOOD; SGT. HANNAN, UNKNOWN SECURITY
STAFF; WEXFORD HEALTH SOURCE INCORP,
    Defendants.
(Sued in his/her Individual and Official Capacity)

_____/

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA
2017 APR 17 PM 1:36
FILED

## JURISDICTION AND VENUE

1.    This is a civil action authorized by 42 U.S.C. § 1983 to redress the deprivation under color of state laws or rights secured by the Constitution of the United States. The court have jurisdiction under 28 U.S.C. § 1331 and 1343(a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. § 2283 and § 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2.    United States District Court Middle District of Florida, U.S. Courthouse and Federal Building 2110 First Street Fort Myers, Florida 33901

1

A.  Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?  YES ( )
No (X)

B.  Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes (X)   No ( )

C.  If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1.  Parties to previous lawsuit:

Plaintiff(s): Stephen A. Moretto

Defendant(s): Richard DANZig

2.  Court (if federal court, name the district; if state court, name the county): Middle

3.  Docket Number: 2016-CV-00908-UA-MRM

4.  Name of judge: MAC. R. Mccoy

5.  Briefly describe the facts and basis of the lawsuit: Dental Deliberate indifferce, topain, Broken teeth, Defective Dentures delaying propper medical care - violating 8th Amend to US.

6.  Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

Pending

7.  Approximate filing date: 12-19-16

8.  Approximate disposition date: NA

D.  Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: _____

_____

_____

_____

IV.   PARTIES:  In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.   Name of Plaintiff: Stephen A. Moretto #719553

Mailing address: 13617 SE HWY 70 Arcadia Fl. 34266

_____

B.   Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the **full name** of the first named Defendant.  Also, fill in his or her mailing address, position, and where he or she is employed.  For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.   Defendant: Julia Jones

Mailing Address: 501 S. Calhoust st

Tallahassee Fla

Position: Secretary of Department of Corrections Florida

Employed at: Department of Correction Florida

D.   Defendant: P. Murphy

Mailing Address: 13617 SE HWY 70 Arcadia Fl 34266

_____

Position: Warden of Desoto Corr Inst. Annex

Employed at: Florida Department of Collections

E.   Defendant: Ronald Solorzano Pallias

Mailing Address: 13617 SE HWY 70 Arcadia FIA 34266

Position: Chief Medical officer, M.D of

Employed at: Fla. Department of Corr. Desot Corr. Inst. Annex

F.   Defendant: TRUNG VAN Le

Mailing Address: 13617 SE HWY 70 Arcadia FIA. 34266

Position: M.D. Physican - Medical -

Employed at: Fla Dept of Corr. Desoto Collectional Inst. Annex

G.   Defendant: Srgt HANNAN

Mailing Address: 13617 SE HWY 70 Arcadia FIA. 34266

Position: Srgt of property room.

Employed at: Fla Dept. of Corr. Desoto Corr. Inst. Annex

H   Defendant: C. Williams

Address, 13617 SE HWY 70 Arcadia Fla. 34266

Position. RN, works in Medical with inmates

Employed At. Desoto Corr inst. Annex


I   Defendant: Susan Scigiano

Address. 13617 SE HWY 70 Arcadia Fla. 34266

Position: R.N.

Employed At: Desoto Correctional Inst. Annex


J. Defendant: Synthia Wilson

Address. 13617 SE HWY 70 Arcadia Fl. 34266

Position. Correctional officer

Employed At. Desoto Correctional Inst. Annex


4. A

K. Defendant. Capt. Woods

Address. 13617 SE Hwy 70 Arcadia FIA. 34266

Position. Captain

Employed At. Desoto Corr. Inst. Annex


L. Defendant. Norwood

Address. 13617 SE Hwy 70 Arcadia Fl. 34266

Employed At. Desoto Corr. Inst. Annex

Position. Assistant Warden

M. Wexford Heath Source INCORP.

Address. 501 Holiday Drive Pittsburg P.A 15220

Position: Contractor For Floriday Department of Corrections
Employer of Dentist DANZig: Supplies All medical and
Dental personel. And All medical staff including Dr Solorzan-
and Dr TRUNG VAN le.

4. B

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 30th day of ~~April~~ March, 2017.

_____

_____

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): delivered to prison officials for mailing or ☒ deposited in the prison's internal mail on: the 13th day of April, 2017.

DC 225 (Rev 2/2012)                     7

## STATEMENT OF CLAIMS

1.    The failure of Doctor Solorzano to properly treat Plaintiff's knee injury when Plaintiff fell into benches popping Plaintiff's left knee out of socket, and falsely accusing Plaintiff Moretto by saying he is faking his injury to get a room change and be put on a ground level cell, demonstrates deliberate indifference to Plaintiff's serious medical needs violating his eighth amendment right to the United States Constitution to be free from cruel and unusual punishment. In violation of Plaintiff's fourteenth amendment right to life, liberty and property of the to the United States Constitution.

2.    Defendant Dr. Solorzano and Dr. Trung Van Le failed to properly read Plaintiff's medical records correctly by prescribing medication the Plaintiff is not suppose to have, at all due to his divided gastric by-pass shows deliberate indifference to Plaintiff's serious medical needs violating his eighth amendment right to the United States Constitution to be free from cruel and unusual punishment. In violation of Plaintiff's fourteenth amendment right to life, liberty and property of the to the United States Constitution.

3.    Defendant Solorzano failed to give proper medical care by putting Plaintiff Moretto on a cane for a knee injury. When he should of used proper medical standards and issued crutches for a knee injury. Shows deliberate indifference to a serious medical need violating his eighth amendment right to the United States Constitution to be free from cruel and unusual punishment. In violation of Plaintiff's fourteenth amendment right to life, liberty and property of the to the United States Constitution.

4.    Defendants Doctors' Solorzano and Dr. Trung Van le failure to recognize Plaintiff's street physician's diagnosis on Plaintiff's pre-existing injuries on feet, knees and shoulders, injuries, when the street physician have been

2

previously diagnosing and treating Plaintiff medical injuries, demonstrates deliberate indifference to Plaintiff's serious medical condition, violating his Eighth Amendment Right to the United States Constitution to be free from Cruel and Unusual Punishment and proper Medical Care. Furthermore, violating the Fourteenth Amendment Right to life, liberty and property of the to the United States Constitution.

5.      Defendant, Doctor Solorzano and Trung Van Le failure to send Plaintiff Moretto to an orthopedic specialist to treat or diagnose Plaintiff's feet, knee, shoulder and now neck injuries as well as shows deliberate indifference to Plaintiff's serious medical needs violating his Eighth Amendment Right to the United States Constitution to be free from Cruel and Unusual Punishment and proper Medical Care. Furthermore, violating the Fourteenth Amendment Right to life, liberty and property of the to the United States Constitution.

6.      Defendants Dr. Solorzano failure to provide proper orthopedic foot insoles as other doctors working for Department of Corrections have recognized in past to prescribe insoles for Plaintiff's footwear; show deliberate indifference to Plaintiff's serious medical care, by not providing proper medical care violating his Eighth Amendment Right to the United States Constitution to be free from Cruel and Unusual Punishment and proper Medical Care. Furthermore, violating the Fourteenth Amendment Right to life, liberty and property of the to the United States Constitution.

7.      Defendant Doctor Solorzano failure to send Plaintiff to a neurologist to treat Plaintiff's neck and (right) shoulder injury sustained when Dr. Solorzano issued a cane instead of medical standards to issue crutches, and Plaintiff fell hurting his neck and now cannot sleep with a pillow, and furthermore, cannot elevate the head without pain issues, demonstrates deliberate indifference to a serious medical need violating his Eighth Amendment Right to the United States

Constitution to be free from Cruel and Unusual Punishment and proper Medical Care. Furthermore, violating the Fourteenth Amendment Right to life, liberty and property of the to the United States Constitution.

8.     The failure of Defendant RN Williams to provide proper medical care, by not getting Plaintiff a wash cloth to clean himself up after hernia surgery and to clean up urine on himself demonstrates deliberate indifference to Plaintiff's medical needs, bringing mental anguish and emotional stress of leaving Plaintiff in a bad way violating his Eighth Amendment Right to the United States Constitution to be free from Cruel and Unusual Punishment and proper Medical Care. Furthermore, violating the Fourteenth Amendment Right to life, liberty and property of the to the United States Constitution.

9.     The failure of Defendant Synthia Wilson to acknowledge Plaintiff's huge hole in his medical straw-hat and by not acknowledging Plaintiff's no sun pass shows deliberate indifference causing irreparable damage to the eyes, violating his Eighth Amendment right to the United States Constitution to be free from Cruel and Unusual Punishment. And furthermore, taunting Plaintiff by telling him she is going to make him stand in the sun; causing emotional stress and mental anguish. Violating his Eighth Amendment right to the United States Constitution to be free from Cruel and Unusual Punishment. These violations show deliberate indifference to cruel and unusual treatment furthermore, violating the Fourteenth Amendment to the Right to life, liberty, and property.

10.     The failure of Defendant Susan Scigiano to properly treat Plaintiff's written sick-call request with him complaining of pain while sitting on hard (seating) surfaces. And, then making Plaintiff sit for four and a half hours on hard surfaces shows deliberate indifference violating his eighth amendment right to the United States Constitution to be free from cruel and unusual punishment. Furthermore, violating Plaintiff's Fourteenth Amendment Right to life, liberty and

4

property of the to the United States Constitution

Therefore, also causing emotional stress with the continuous bad medical treatment by RN Scigiano.

11.    By Defendant Norwoods inaction in her response in the Plaintiff's grievance towards her officers misconduct and retaliation for Plaintiff writing grievances and the failing to correct the misconduct and by lying in the grievance response as stated in statement of facts is encouraging the continuation of the misconduct by her officers, violating the First Amendment to the United States Constitution. While Plaintiff has his right to seek redress from the prison through use of the prison grievance system. Defendant Norwoods is retaliating against Plaintiff unlawfully by allowing security to dictate to medical to reevaluate Plaintiff's no sun pass because of the Plaintiff's right to redress through the grievance process. Violating Plaintiff rights under the First Amendment to the United States. These illegal actions are causing, irreparable damage to the eyes, undue pain, suffering and emotional stress violating the Eighth Amendment to be free from cruel and unusual punishment. Also violating Fourteenth Amendment to the U.S. Constitution to the right to life, liberty, and property.

12.    By Defendant Hannan's misconduct towards Plaintiff's right to redress from the prison through use of the prison grievance system violating the first amendment right to the U.S. Constitution. Defendant Hannan continues to retaliate against Plaintiff unlawfully in violation of Plaintiff's rights under the eighth amendment to the U.S. Constitution. These illegal actions are causing pain, suffering, and emotional stress also violating the fourteenth amendment of the U.S. Constitution to the right to life, liberty, and property.

13.    By Defendant Hannan's misconduct in handling Plaintiff's personal property on refusing to do her job by engraving Plaintiff's radio and replacing Plaintiff's lock, violating fourteenth amendment to life liberty and property, by

Defendant misconduct in retaliation against Plaintiff unlawfully, on redress of the grievance process violates first amendment rights to the United States. These illegal actions are bringing pain, suffering and emotional stress violating the eighth amendment to the U.S. Constitution to be free from cruel and unusual punishment. In violation of Plaintiff's fourteenth amendment right to life, liberty and property of the to the United States Constitution.

14.    The failure of Defendant Assistant Warden Norwood to have her officers replace my broken lock that Capt. Robbins already approved in grievance process and then her lying on grievances sent to her, stating I never reported incident on this issue. When documented grievance shows I did report it. By her denying my grievances on retaliation from her officers for me writing grievances on her officers retaliating on Plaintiff's right to redress through the prison grievance system, violates the First Amendment to the United States Constitution Furthermore, violating the Fourteenth Amendment to the United States Constitution to right of life, liberty and property. The now mental and emotional stress Norwood continue to retaliate on myself for writing up medical issues, violating Eighth Amendment to cruel and unusual punishment. Even going to the point of not engraving my radio that is suppose to be done when its issued and not replacing my lock her officers unloftly broke after Capt. Robbins approved to replace in grievance procedures. All this is emotionally stressful and being exposed to other inmates knowing I'm unable to secure my belongings up, is purposely setting me up to be robbed. Violating the Eighth Amendment to the U.S. Constitution to be free from cruel and unusual punishment and furthermore, violating the Fourteenth Amendment to the U.S. Constitution to right of life, liberty and property.

15.    The failure of Defendant Solorzano for not documenting the injury to the neck and (right) shoulder of Plaintiff when Plaintiff fell on February 1st, when

the cane was issued instead of crutches. Dr. Solorzano refused to acknowledge the injury he caused the Plaintiff. Violating his Eighth Amendment Right to the United States Constitution to be free from Cruel and Unusual Punishment and proper Medical Care. Furthermore, violating the Fourteenth Amendment Right to life, liberty and property of the to the United States Constitution.

16.   The failure of Defendant Wexford HealthSource to allow their physicians to prescribe prescription sunglasses that protect the eyes of the Plaintiff, that is causing irreparable damage to the eyes. Causing continuous pain with headaches shows deliberate indifference to a serious medical need violating eighth amendment U.S.C. to be free from cruel and usual treatment also violates the 14th amendment to the United States Constitution right to life, liberty and property.

17.   The Defendant Dr. Solorzano as the chief medical officer is responsible for the Plaintiff's medical needs by Dr. Solorzano failure to prescribe Plaintiff protective sunglasses that reflects the sun rays that is causing Plaintiff continuous headaches and pain from those headaches shows deliberate indifference to the Plaintiff's serious medical need violating his Eighth Amendment Right to the United States Constitution to be free from Cruel and Unusual Punishment and proper Medical Care. Furthermore, violating the Fourteenth Amendment Right to life, liberty and property of the to the United States Constitution.

18.   The failure of Defendant Wilson to acknowledge Plaintiff's no sun pass that was issued to him for eye protection by Defendant Wilson making Plaintiff stand out in the sun with a huge hole in his hat causing more damage to his eyes causing him pain and headaches shows deliberate indifference evil intent violating eighth amendment to the United States Constitution to be free from cruel and unusual punishment; it also violates the 14th amendment to the United States Constitution to the right to life, liberty, and property.

19.   By Defendant Capt. Woods misconduct towards Plaintiff by voicing to

7

the entire dorm saying "Since inmates in this dorm want to nitpick me and my officers, we are now going to come in here and nitpick on you. This is a violation under the First Amendment to the United States Constitution for the right to redress through the prison grievance system. Furthermore, it puts Plaintiff in harms way with other inmates and causing a physical fight to occur from this. Furthermore, upon information and belief. Officer Williams, who had the lock broken off Plaintiff's locker, happens to be Capt. Woods's girlfriend at the time. This shows deliberate indifference and evil intent by Capt. Woods. Thus, violating the First Amendment to the United States Constitution to the right to redress through the prison grievance process. This caused officer Williams to unloftly break Plaintiff's lock off his locker, Furthermore, violating the Fourteenth Amendment of the United States Constitution to the right to life, liberty, and property.

20. The failure of Unknown Optometrist  to prescribed Plaintiff prescription sunglasses to reflect the sun rays that are causing the Plaintiff irreparable damage to his eyes and causing continuous headache and pain from not prescribing the much needed prescription sunglasses due to Plaintiff's laser surgery on his eyes. Shows deliberate indifference to his serious medical needs violating his eighth amendment to the United States Constitution to be free from cruel and unusual punishment and the 14th amendment of the United States Constitution to the right to life, liberty, and property.

21.    Unknown security personnel telling medical to re-evaluate the Plaintiff's no-sun pass issued by medical to protect his eyes from the sun. Shows deliberate indifference to his serious medical needs violating his eighth amendment to the United States Constitution to be free from cruel and unusual punishment and the 14th amendment of the United States Constitution to the right to life, liberty, and property. Furthermore, it shows retaliation towards Plaintiff's rights to redress through the prison's grievance process for writing up officers on the no sun pass

issues. Violating the First amendment to the United States Constitution.

22.    The Plaintiff has no plain adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the Defendants unless this Court grants declaratory and injunctive relief which Plaintiff seeks.

23.    Plaintiff realleges and reaffirms those allegations contained in paragraphs 1-23 as if fully set forth herein and further alleges.

## STATEMENT OF THE FACTS

24.    The following facts show a brief history from Okeechobee Correctional Institution show pre-diagnoses on listed medical problems: On January 31, 2012, went to medical and seen A.R.N.P., Bass for knee pains, and feet pains from not having proper orthopedic footwear. Bass orders orthopedic insoles for footwear and issues low tier pass, no lifting no pulling, no pushing 10 lbs no pro-long standing for hernia and feet problem.

25.    On May 2, 2012, went to sick-call and Bass now reorders insoles with arch support.

26.    On August 10, 2012, went to sick-call for knee, feet and shoulder pains. Bass orders 800 mg Ibuprophen for pains.

27.    On January 4, 2013, fell in recreation yard while exercising. Went to medical on bad right knee.

28.    On July 10, 2013, ARNP Bass orders ex-rays of right foot.

29.    On August 21, 2013, Dr. Bahadja views ex-rays and notes in medical records flexion contractures/deformity some mild swelling no bone spur. (later on June 15, 2015 ex-rays now show tiny bone spur). See Exhibit CA page 129 & 130

30.    December 20, 2013, fell in cell while using toilet. Issued medical emergency ARNP issues crutches and renews low tier pass with no pushing; pulling; or lifting 10 lbs; low bunk and pass for insoles. (Same pass Dr. Solorzano and Dr. Trung Van Le - both refused to re-issue)

31.    On February 20, 2014, went to medical on knee problems ARNP bass orders two elastic knee braces.

The following medical facts are at presently DeSoto Correctional Institution Annex.

32.    On April 6, 2015, went to sick-call for pain in knees feet and joints.

Referred to see doctor.

33.     On April 15, 2015, went to medical and seen Dr. Trung Van Le M.D. for knee; feet pains mentioned needing low tier pass renewed and my no lifting; pulling; or pushing 10 lbs. I explained to Dr. Van e that I've had knee and feet problems for past 20 years. And, that I've been seeing my private healthcare physician, Joshua Howard for 20 plus years and he sent me to Dr. Kagen a knee and feet orthopedic specialist for my knee feet and shoulder problems. And, they gave me instructions to protect my knees and feet and more pains in shoulder by wearing orthopedic footwear formed for my feet by good feet footwear specialist.

I also explained I was in automobile accident injuring left knee and left shoulder and Progressive Auto Insurance sent me to Dr. Springer of Orthopedic Specialist of Southwest Florida. See, Exhibit-A7; P.7. Dr. Trung Van Le refused to reissue my low-tier pass; no lifting; pulling; or pushing 10 lbs. He refused to accept an outside diagnoses. He would make his own assessments.

34.     On May 29, 2015, went to sick-call for feet numbness.

35.     On June 4, 2015, seen ARNP Henry for numbness in feet. Henry orders ex-rays of both feet.

On June 18, 2015, Henry reviews ex-rays explained that I have a slight deformity and a bone spur in each foot in heel area.

36.     On July 30, 2015, I went to see ARNP Henry on follow-up on foot numbness. I tell Henry I stopped wearing my Nike Tennis shoes and 30% of the numbness went away. Still have numbness in three little toes and left-side of foot and heel of left foot. And on right foot only the heel is numb ARNP gives me a boot pass to see how boot work on feet. Told me to come back in a month.

37.     On August 2, 2015, went to laundry for boots, they refused to issue.

38.     On September 8, 2015, went to sick call for feet problems not getting boots R.N. Scigiano told me ARNP Henry no longer works here. That Dr.

2

Solorzano or Dr. Trung Van Le would see to future problems.

39.    On October 12, 2015, seen P.A. B. Lampster for all my existing problems. I explained to her my medical history as I did to Dr. Trung Van Le my previous diagnoses from other physicians and past problems with knees shoulder and feet problems.

I explained I was wearing formed orthopedic footwear prescribed by orthopedic doctors. And, since having come to prison I'm once again having knee, feet and shoulder pains from not wearing orthopedic footwear. And, that the two pair of tennis shoes purchase through inmate canteen have caused numbness with my feet at this time. She refused to refer me to orthopedic specialist and said hernia is not life threatening, they would not operate at this time. She did order me a straw hat and renewed my pain medications.

40.    On November 11, 2015, received my boots in the inmate package program for canteen.

41.    On November 15, 2015, fell on stairs two times. Cameras are a witness on this issue.

42.    On November 15, 2015, put in sick-call on numbness on feet and knee pains. And, ask for insoles that ARNP Henry promised to issue when I received boots and for falling on stairs.

43.    On November 20, 2015, went to sick-call for knee pain and feet numbness.

44.    On December 3, 2015, went to medical and seen Dr. Solorzano on feet and knee problems. Explained that I have been pre-diagnosed by Dr. Springer of Orthopedic Specialist and I've been under his care since Progressive Insurance sent me to him cause of accident rollover injuring my left knee and left shoulder. And Dr. Springer gave me a cortisone shot two weeks before being arrested, and Dr. Springer also gave me MRI on left knee. See attached Exhibit-A7 to A9, page 6, 7,

3

8, and 9 showing the damage and diagnoses by Dr. Springer. Dr. Solorzano refused to acknowledge Dr. Springer's diagnoses. He said he would perform his own assessment and he would not refer me to see an Orthopedic doctor and would not renew my low tier pass or my no lifting, pulling, or pushing 10 lbs....He said I need the exercise of going up and down the stairs.

45.   On December 16, 2015, I assessed sick-call again for knee pains and numbness with feet. Explained that I was being treated by ARNP Henry she issued me a boot pass and was going to issue insoles when I got the boots. But, the new Physician, Dr. Solorzano wouldn't acknowledge ARNP diagnoses. I was referred to Doctor.

46.   On December 31, 2015, seen Dr. Trung Van Le M.D. Dr. Van le would not acknowledge another diagnoses said it is only arthritis. Would not re-issue my low tier pass back to me, said we do not issue low tier passes here at DeSoto Correctional Institution and he would not refer me to an Orthopedic Specialist. If problems persist come back in two weeks.

47.   On December 31, 2015, wrote grievance to Warden on feet numbness. See, Exhibit-D4, page 24, grievance #1601-564-013.

48.   On January 22, 2016, received response back on 1601-564-013 response wrong say there are no orders in your medical records for orthopedic footwear at this time. See, Exhibit-D3. (According to medical records my passes are listed in the records issued for orthopedic (inserts) footwear on January 31, 2013).

49.   On February 1, 2016, I bumped into benches and popped my left knee. Thereafter, I was having extreme problems walking, missed lunch and dinner hoping knee would realign itself by the next morning.

50.   On February 2, 2016, I used wall for support to go down for morning chow while in hallway left knee gave out. Cameras in hallway can verify this. I

4

declared an emergency and medical picked me up in a wheelchair. I seen Dr. Solorzano and show him I cannot stand up and walk. He accuses me of faking. I told him I popped this knee four major times. Once, badly enough to warrant gastric by-pass surgery to loose the obesity because I popped my left knee when I weighed 490 lbs. And, ever since, I've had problems with knees from being overweight. Dr. Solorzano refused to issue me a low tier pass and would not issue me crutches. I had to lean on wall all the way out of the building. I fell in cross-ways and an officer, Sherre, and inmate James Parsic, came over and helped me up. James let me lean on him back to the dorm. While leaning on James and cane, James turned to say hello to another dude and I fell on right shoulder. I started cussing and James and then Mr. Green (Jimmie) came over and helped me to the dorm. (See, Mr. Green's declaration, Page 23); Exhibit-V3, page 83, and also declaration Exhibit-V1, page 81.

51.    On February 2, 2016, wrote grievance on Dr. Solorzano for putting me on a cane causing injury to the right shoulder and neck. As stated in the grievance; cruel and unusual punishment violated my rights under the eighth amendment, stating; upon information and belief, I should have been issued crutches, not issued a cane. (re-sent again on April 19, 2016 because they lost paperwork. See, Exhibit-B6, page, 15 (1604-564-084)

52.    On February 3, 2016, sent grievance (#1601-564-013) # changed to 16-6-06161 to the Secretary, explaining the response on January 22, 2016 (See, Exhibit-D3; page 23) is incorrect and medical keeps mis-reading my medical records and I have been issued orthopedic insoles dated January 2, 2015 til January 1, 2016 "and stating I'm not getting proper medical coverage." See, Exhibit-D2, page 22; dated February 3, 2016.

53.    On February 3, 2016, also put in grievance on pre-existing knee injury to Secretary #16-6-06163. See, Exhibit-F1, page 28, 29 <u>exhausted</u>.

54.     On February 28, 2016, issued another sick-call for knee, shoulder and neck pain. RN Scigiano refused to refer to Doctor ----, it's a continuous problem. I told her that I fell using this dammed cane and now I am having problems sleeping on left and right shoulder and my neck hurts also. Scigiano told me to come back in ten days if problems continues. I tried to explain I'm in continuous pain and had feet numbness for past year and you people at medical ignored my problems. That I need to see Specialist. Scigiano said she is done with me to leave now or she would call security. "So, I put in grievance on her for refusing me medical care and not referring me to a doctor. '(This grievance came up missing also). After this missing grievance I started sending in legal mail).

55.     On March 26, 2016, I put in an emergency medical grievance to Secretary. See, Exhibit-E2, page 26; They refused to accept as an emergency.

56.     On March 28, 2016, I fell in hallway outside dorm waiting for door to open to go to morning chow. Knee just gave out on me and I fell. The cameras can also verify this. Twenty minutes later, I fell again in the chow hall.

57.     On March 28, 2016, I put in grievance (563-1603-0259), See Exhibit-C4, page 20) just to document incident the fall in the hall way stating: "it's a waste of time going to medical cause they don't do anything. And, I stated: I just want to report this for the record.

58.     On April 1, 2016, I tried to access sick-call, could not access because there were no sick-call requests available, a constant problem.

59.     On April 5, 2016, grievance, #564-1603-0260, reported to medical on falling. See, Exhibit-A5, page 5.

60.     On April 7, 2016, I went to sick-call and was seen by RN Lasko for knee and foot pains. Lasko said to come back in 10 days if I continue to hurt, she didn't even look at my bruised knees from falling on March 28, 2016. She did look at feet.

61.    On April 8, 2016, Response back on #1604-564-025 (See, Exhibit-C3) stating non-compliance. I wrote a response on 4-12-16.

62.    On April 12, 2016, saying "I disagree with response being in non-compliance because, a grievance is anything that effects us or brings harm. See, Exhibit-C2. An &C3 resent back to Wardens by secretary Ex.C1 pg 17

63.    On April 12, 2016, I went to sick-call as RN Scigiano was doing sick-call because, of last two sick-calls with RN Scigiano not referring me to a doctor and my previous grievances about bad treatment from her. I asked to sign a refusal. She made me wait from 9am till after 11:30 count to sign that refusal. See, Exhibit-C2; page, 33. Most men who don't want to wait get to sign refusals before sick-call calls their first patient. RN Scigiano retaliated against me for writing grievances on her. This is why I did not want to be seen by her, put in another sick-call request to be treated by different RN.

64.    On April 19, 2016, I put in a grievance, #1604-564-084, See, Exhibit-B6, page 15. Denial of medical care to Warden. Sent all the way to Secretary through legal mail on May 1. 2016. See, Exhibit-B4, page 13. exhausted on June 24, 2016. See, Exhibit-B1, page 10.

65.    On April 19, 2016, finally was able to access sick-call. They have not had any sick-call requests. Seen RN for shoulder and neck pains. Told to come back if pain continues, in ten days.

66.    On May 1, 2016, I put in grievance, #1604-564-061. See, Exhibit-A2, page 2. Sent to Secretary through legal mail and listed outside doctor's diagnoses sheets showing my previous visits and last visit to treating physician, Dr. Springer. See, Exhibit-A6 to A9, pages 6-9. Showing cortisone shots in left knee and left shoulder and pre-post-op- diagnoses page 9. Last visit two weeks before this prison sentence on July 16, 2009 page 8. Did not receive response back from Secretary for 4 months 9-8-16. See, Exhibit-A1, page 1. exhausted

7

67.    On May 6, 2016, I put in grievance, #1604-564-025, number changed to 16-6-17317 See, Exhibit-C1, page 17, stating the institution will provide you with a response. On my response that I responded to of not being in compliance; stating: See, page 18.

68.    Put in grievance of not having sick-call requests. Sent all the way to Secretary exhausting See, Exhibit-H3, page 38-40. Put them through legal mail because they keep getting taken.

69.    On May 19, 2016, I went to medical to view medical file found low tier pass and no lifting, pulling or pushing 10 lbs, dated January 31, 2013. The pass that Dr. Solorzano said did not exist. Or not properly reading my medical file. This could be why he prescribed me the wrong medication that I'm not supposed to take.

70.    On May 17, 2016, Exhibit-H1, page, 35, (# 564-1605-0079) officer Nightengale ordered me to pick up garbage can weighing over 10 lbs, it was full. I explained I have a hernia and showed him I'm wearing a hernia belt. I did not want to tell him I don't have a pass for no lifting, as I should have. He asked to see my passes. When I went down to my room to get my shirt with passes on them, he took all my passes and didn't return them. I wrote grievance up on this. See, Exhibit-H1, page, 35. On response, the investigating officer says that Nightengale said he didn't take anyone's passes at anytime. Which is a lie. Cameras will verify along with inmate Milton Allen, my cellmate. But, when I sent this grievance to Tallahassee, I never received a response back. Unable to exhaust; remedies on retaliation on grievance #564-1605-0079.

71.    On May 24, 2016, went to doctors appointment seen Dr. Trung Van Le, I explained that I really seriously needed my no pushing, pulling, lifting no more than 10 lbs and low tier pass re-issued cause now Officer Nightengale gave me a direct order to hurt myself by picking up a full 50 gallon aluminum garbage

can on second floor of our living quarters and carry downstairs, and told him I wouldn't be having this kind of problems with this pass. I went on to tell him its negligence and deliberate indifference to my medical problem with groin hernia. Dr. Trung Van Le told me he is not going to listen to me accuse him or his staff of mistreatment, or accusing him of negligence. He told me to leave his office or he'll call security.

72.   On May 24, 2016, having problems with knee pains and feet pains, has to put boots back on to ease the pain with knees.

73.   On May 25, 2016, put grievance 564 1605 0157 in for pass no lifting more than 10 lbs and low tier pass. See, Exhibit-H3, page 37 and 38.

74.   On May 29, 2016, put in sick-call for pass renewal on no sun exposure, no lifting more than 10 lbs, and sinus problems. See, Exhibit-I, page 42.

75.   On June 10, 2016, put in civil complaint to the Federal courts with intent to sue medical and dental for lack of treatment.

76.   On June 28, 2016, went to doctors' appointment seen Dr. Trung Van Le for feet and knee pains. Explaining I keep running out of Naproxen and renew my sunscreen and my passes that expired on June 1, 2016. No sun exposure.

Dr. Trung still would not re-issue my no lifting more than 10 lbs pass or low tier. He did re-prescribe the Nsaid medications I later find out on 10-24-16 that is the wrong medication that I'm not suppose to have at all.

77.   On July 5, 2016, Sgt. Strube made me stop and stand with rest of dorm waiting to proceed to chow hall. He allowed all the other inmates with no prolong standing passes to go pass and sit on benches. I asked him why he stopped me, he said you don't look hurt. I explained my medical problems to this officer. I should not have to cause I have a pass. I did not send it to Secretary cause me and this officer talked about situation, and I decided to drop the complaint cause he step to me like a man should and we discussed the problem, problem solved. See,

9

Attached Exhibit-J1, page 44.

78.   On July 6, 2016, checked medication window for passes promised by Dr. Trung Van Le. No passes there.

79.   On July 6, 2016, sent grievance 564 1605 0157 number changed to 16-6-30373. To Secretary in continuous denying a much needed no lifting more than 10 lbs and low tier pass. That was issued on January 31, 2012 by a doctor for my hernia problems. Exhausted

I specifically stated Rule violation on violating my rights to adequate medical care. See, Exhibit-H4, page 40-41, Exhausted with response listed page 41.

80.   On July 10, 2016, my hernia was bothering me worse than usual. Had to stand for over 30 minutes in chow hall. And, my feet were bothering me as well. I sat down waiting for outside exit line to move through gate. When line started moving I exited chow hall to catch rear-end of line. I was ten feet behind line when Sgt. Schveneman stopped me. I explained that I'm hurting real badly and need to get off my feet. That I previously been standing in chow hall waiting for the exit line to move through center gate: He would not allow me to go through with the rest of line. "He made me stand and wait till line-new line had enough inmates in line to move through as a group. I wrote grievance up on bad judgment on my pain problems and officers not using good judgment on my pain problems, violating eighth amendment rights. See, Exhibit-J4, page 45-47. I did not send to Secretary, I spoke to this Sgt. and we solved the issue like men should. So, I did not proceed with complaint.

81.   On July 11, 2016, put in another sick-call requesting no sun exposure pass, second request.

82.   On July 26, 2016, put in sick-call for pain in shoulders neck knees and feet pain. Explaining need more pain meds that were already promised. Keep

running out of meds. See, Exhibit-K5, page 52.

83.   On August 2, 2016, went to medical seen Dr. Solorzano, he upset I gave a intent to sue medical. He said all he has done is be good to me that it is Dr. Trung Van Le. I am mistaking him for. He went and issued me my no sun pass, low tier pass and no lifting more than 10 lbs back to me. Set me to see hernia specialist with appointment re-issued all medications for next seven months.

84.   On August 5, 2016, received response back on grievance 1607-564-061, saying all my meds and passes have been issued.

85.   On August 21, 2016 a notice came up on the call-out sheet; see Exhibit K6, page 53 which says we are not allowed to send any grievances through routine mail. Which is a incorrect statement and a violation to the rules, 33-103-006 Florida Administrative Code (F.A.C.) - stating types of grievance that can be sent in routine mail. Rule 33-103.002 F.A.C. states: Warden to establish a grievance process directly to Secretary through regular mail. The Warden is violating the F.A.C. rules and our 1st, 14th amendments right to access the grievance process.

86.   On September 13, 2016, put in another grievance 1609-564-051 on medical miscare-deliberate indifference. "Not refilling my pain meds Naproxen delaying and not filing. See, Exhibit-L, page 54.

87.   On September 15, 2016, put in sick-call on shoulder pain feet pain and feet still numb and sinus problems. See, Exhibit-L2, page 55a.

88.   On September 26, 2016, another sick-call shoulder pain, neck pains still have no received additional pain meds. See, Exhibit-L3, page 56.

89.   On September 30, 2016, went to medical to see ARNP Tufaro, she said I'm on wrong medication. She says I'm not suppose to take any Nsaid medications, cause of the divided gastric by-pass surgery that eliminated my gall bladder. See, Exhibit-Z and Z3, both Dr. Solorzano and Trung Van Le prescribed

11

the incorrect Nsaid medications. Naproxen and Naprosyn, pages 103-105, and ARNP Tufaro prescribed me vitamins to boost my blood cells up; Iron, Vitamin D, since I'm bleeding and my heart rate is below average due to the side effects from the wrong medications prescribed. Dr. Solorzano also informed me that since 2007 Department of Corrections have been prescribing me the wrong medications. See, Exhibit z4 Grievance #1701-564-098. PAGe 107

90. ` On October 5, 2016, while going to first movement officer Synthia Wilson would not acknowledge my no prolong standing pass or my no sun exposure pass. She allowed other inmates with same pass to go by her. I showed passes to her she said she don't give a fuck. I said are you kidding. She said your standing right there don't move. And, she don't care if I write her up. I explained I've had skin cancer on my head, and my eyes are sensitive to the rays of the sun causing severe headaches, as you can see there is a big hole in my hat, and my head and eyes are exposed to the sun. She said I don't care, you're not moving.

91. On October 11, 2016, while in the infirmary after hernia surgery at 2am, I asked LPN C. Williams, for a wash cloth so I could clean the urine off of myself. LPN C. Williams stated it's not his job. That I would have to wait till 6am or so till orderlies came to work. I went to explain that Doctor ordered me to keep clean, and as soon as I was able to urinate to clean self up with wash cloth only no showers and I told LPN C. Williams that I have piss all over me cause I've been trying to urinate since getting out of surgery and I needed to clean up. LPN. C. Williams stated I guess they didn't tell you I use to be a correctional officer here. I said, what's that got to do with my wash cloth? He said; "it's not my job to provide you with a washcloth. I said this is very in-humane to leave me in this state. I got urine all over me, I'm burning up, I need to clean. LPN. C. Williams leaves and officer Kilgore came in and asked "what's the problem." I explained the above.

She says; "bathroom is closed to showers." I say; "I'm not asking for

12

shower. I need a wash cloth. She says; can't do, go to sleep leave LPN. C. Williams alone."

92.  On October 11, 2016, 6am I asked orderly for wash cloth; he says they are not allowed to give out wash cloth to see the nurses for those.

93.  On October 12, 2016, in morning, 10:30am got stuck in chow hall for 2 hours sitting on hard stool, popped stitches and bled out. Had to go to medical emergency and be re-stitched wrote grievance. See paragraph #80.

94.  On October 12, 2016, wrote up LPN. C. Williams for being inhumane and not giving the proper medical care after surgery on hernia. See, Exhibit-M, page. 57-59.

95.  On October 12, 2016, wrote grievance 564-1610-0089 against Officer Kilgore, rules of conduct. See, Exhibit-M2, page, 60.

96.  On October 16, 2016, wrote grievance 564-1610-0137 against officer Synthia Wilson for violating medical passes. Sent all the way to Secretary on December 3, 2016. See, Exhibit-N1, page. 63-65 - no response from Secretary.

97.  On October 17, 2016, Grievance #1610-564-076, complaint sent to Warden on bad treatment by medical staff, leaving me several hours sitting on hard steel when I've informed the medical staff of the pain sitting on hard steel. Being deliberately indifferent to my medical needs. Stating eighth amendment violations being their treatment is cruel and retaliation for writing these violations up. Response back on November 3. See, Exhibit-P1, page, 71-72, sent to Secretary on November 15, 2016 no response back yet from Secretary.

98.  On October 17, 2016, went to medical call out. Medical staff, RN Whidden left me sitting for one and a half hours just to sign a paper. And, she is very aware of me writing complaints on pain issues of sitting long hours. And, she is aware I just had surgery in groin area on hernia.

99.  On October 17, 2016, wrote grievance 564-1610-0130, addressed to

security. See, Exhibit-N5, page, 66. For leaving me for two hours sitting on hard steel less than 48 hours after hernia surgery, being cruel and unusual punishment, and being inhumane.

100.  On October 18, 2016, wrote grievance to Warden on medical malpractice "deliberate indifference" stating a claim for relief for condition that cause significant pains are serious medical needs. See, Exhibit-O, page 67, sent formal grievance to Secretary on November 15, 2016. <u>No response back</u> from Secretary. #1616 - 564-081

101.  On October 18, 2016, am hours Capt. Woods came into C2-dorm and started raising his voice loudly, saying: "since you people want to nik-pik me and my staff .... We are now going to do the same with you." After Capt. Woods left, several other inmates were chewing or voicing their complaints onto the inmates for writing grievances on the officers. And now calling heat on our dorm by Capt. Woods putting down on us who are writing his officers up. Inmates getting hostile by yelling whomever is causing heat to come in our dorm, need to stop.

102.  On October 20, 2016, wrote grievance of reprisal to Warden against Capt. Woods for putting me in harms way by writing grievance up on his officers. See, Exhibit-P, page 69-70. 1610-564-129. (On medical problems only.)

103.  On October 20, 2016, Capt. Perez comes into C2-Dorm and calls me back to laundry room to question me of why I wrote up his officer, Synthia Wilson. By doing this, it also puts me out there by letting the dorm know I'm one of them who is doing write up's on officers as Capt. Woods stated on October 18th. I'm stating this here because I've written officers up over medical issues. As stated here in this complaint. As I told Capt. Perez, a grievance is any occurrence that affects me and it is a medical issue when officers don't acknowledge medical passes. And I continued to inform Capt. Perez that his officer, Synthia Wilson, would not acknowledge my no prolong standing or my no sun pass. Informing Capt. Perez

14

that my eyes are sensitive to the sun's rays and that the big hole in front of my hat is unable to block the sun. Furthermore —

On grievance response, 1611-564-046, Exhibit-N2, page, 64 said medical was contacted and they said my no sun pass was expired. So, Capt. Perez said grievance denied. But, Exhibit-(R1, page, 75) Dr. Solorzano's response says this pass no sun pass was renewed on August 2, 2016. "This shows retaliation on either Capt. Perez giving false records or medical giving out bad info." "Either way, its against me, and it is a lie. All this ties together, starting with Capt. Woods putting down on dorm for writing up his officers. And now, Capt. Perez or medical falsifying the reports on saying my no sun pass was expired on incident with Officer Synthia Wilson on October 16, 2016. The grievance records show Capt. Perez is wrong in his response. And, I wrote and attached the passes to the Warden showing that the passes were valid and renewed on August 2, 2016. See, Exhibit-N3, page, 65. Grievance to Warden and the Warden still denied it.

104.  On October 20, 2016, wrote grievance up on Capt. Woods putting down on dorm and complaining about nik-picking him and his staff. See, Exhibit-P1, page, 69-70. Grievance 1610-564-129.

105.  On October 26,2016, grievance 564-1610-0089 changed to 1610-564-130 against officer Kilgore now falsifying report on response and lying. See, Exhibit-M5, page, 61; also see Doctor Solorzano's response on care instructions for cleaning myself up after hernia surgery. Exhibit-S1, page, 79, about cleaning myself. Sent to Secretary with no response back as of January 14, 2017. On all the above also see Declaration, Exhibit-V2page 82. No response back from Secretary.

106.  On October 27, 2016, as Capt. Woods promised on October 18, 2016, his officers came and shook C-Dorm down. The officers took my new fluffy mattress and gave me a flat mattress back. Cameras will show this retaliation document video evidence of retaliation on myself.

107. On October 27, 2016, stitches came out, did medical emergency. ARNP orders stitches changed everyday with shower at 1pm before dressing change.

108. On October 27, 2016, after shake down, inmates talking about Capt. Woods confrontation with him on putting down on C-Dorm of the write ups and inmates blaming those who have been writing officers up. Now, it's a conversation and the other side are saying we need to write the officers up for their violating us. It's a open discussion two sides. Back and forth.

109. On October 28, 2016, I had a problem with one of the inmates whom was upset over the shake down, and he confronted me at my bunk area, he wanted a paper and I wouldn't give him one and he said he would take my stuff and to write it up. "I said you aren't taking my stuff" and we ended up in a fight and I went to confinement." This incident is mentioned because it all ties together with my writing officers up on medical issues and now retaliation by officers. I started having problems with officers after my intent to sue issued to courts on June 10, 2016. Capt. Perez and Capt. Woods put me in harms way by coming to the dorm.

110. On October 28, 2016, had to sit in confinement six hours without anything to sit on (just the hard steel). I asked for a blanket or mattress. I explained I just had hernia surgery and need something soft to sit on. They said they don't have anything for me. After 5 hours during officer's getting inmates showers and they still have not brought me a mattress or blanket to sit on. I started bleeding. I banged on the door for at least 30 minutes, then finally declared medical emergency. Medical restitched up.

111. On October 30, 2016, no shower of dressing changed as ordered by ARNP Tufaro, and, I had a pass. Medical ignored me and so did security.

112. On October 31, 2016, still no dressing change. I tried to write up all these problems above since coming to confinement but, they wouldn't give me a

16

pen.

113.   On November 1, 2016, still no dressing change. I finally got pen and wrote medical through sick-call request. They would not respond.

114.   On November 2, 2016, put in second sick-call asking for pain meds and dressing change. No response.

115.   On November 3, 2016, put in another sick-call on no medications; need dressing changed, dressing caked with blood. No response.

116.   On November 3, 2016, about 4pm released from confinement; put in sick-call.

117.   On November 4, 2016, wrote grievance on denying medical care while in confinement. See, Exhibit-P3, page 73. Sent also to Tallahassee on November 25, 2016. No response yet. #1611-564-026

118.   On November 4, 2016, wrote a grievance, See page 89 of the Exhibits, Exhibit-V6, stating that officer Williams had my lock broken off my locker. Upon information; and my belief, these acts are in retaliation due to her boyfriend, Capt. Woods, putting down on my dormitory as stated in paragraph(s)-95 and 96.

119.   On November 6, 2016, put in sick-call for pain in surgery area on having to sit down on hard steel, causing bleeding and extreme pain.

120.   On November 8, 2016, went to sick-call for pain in surgery area and RN doing sick call made me wait till second to last to be seen. "Waited from 8:30am till 12:45pm. And they know I've been complaining of sitting on hard steel causing pain. That's why I was there at sick call. "This is also retaliation and violates eighth amendment to fair medical care." RN told me there is nothing they can do for me.

121.   On November 9, 2016, put in grievance 1611-564-045, on RN Williams bad medical treatment. See, Exhibit M2, page, 59, sent to Secretary on November 14, 2016. Still no response back.

On November 9, 2016, response from Capt. Robbins approved lock replacement that officer Williams had ordered broken off. Exhibit-V6, pg. 89, grievance no.: 564-1611-0100. *It should of ended here, with Capt Robbins Approved*

122. On November 16, 2016, law library lost my Section 1983 medical complaint waiting to be copied. Had to redo, and rewrite it up.

123. On November 20, 2016 9pm, having extreme pain from sitting down had to put hernia belt back on to ease pain.

124. On December 3, 2016, a lot of pain in the groin surgery area shooting through back of knees and feet and neck problems still having problems sleeping can't sleep with pillow - cannot elevate head at all. "Since officers took my good mattress on October 27, 2016, all my neck and shoulder pains are seven times worse pains and not sleeping.

125. On December 6, 2016, received my B-12 shot.

126. On December 9, 2016, got cold shakes left foot freezing my temperature went up to sweating then back down to very cold with the shakes. Bad pains in stomach.

127. On December 10, 2016, missed breakfast and lunch due to being sick with pains in stomach. "Did not go to medical because they keep me waiting for hours sitting on hard steel causing me pain." Now I'm thinking the shot they gave me on December 6, 2016, could be why I'm in pain; that is my belief. Since these medical people have been and continue to be mean to me. As documented.

128. On December 11, 2016, went to breakfast forced myself to eat half an egg sandwich, still pains in stomach, feels like something eating my stomach up trying to get out.

On December 11, 2016, put in emergency grievance to the Secretary for chest pains due to the wrong medication prescribed by Dr. Soloranzo.

129. On December 17, 2016, right heel swells up standing in chow line

18

7am.

130. On December 18, 2016, put in sick call neck pains and stomach pains sleeping problems. See, Exhibit-T1, page, 79.

131. On December 20, 2016, RN Scigiano said there's nothing to do for neck and shoulder pains; tried to give me "Milk of Magnesia for stomach pains." I said to RN Scigiano I'm not supposed to take Milk of Magnesia. I have no gall bladder. She would not issue me Tums: I could only take Tums, medical staff is supposed to know I can't have milk of magnesia, it causes extreme pain. I've written RN Scigiano up several times on wrong diagnosis and exhausted to Secretary. See, Exhibit-G2, page 33. RN Scigiano said she would put in my medication renewal on sinus pills CPM and Iron pills she would give to ARNP Tufaro for renewal.

132. On December 27, 2016, wrote grievance to Warden on retaliation against Sgt. Hannan on lock and engraving. #1612-564-109 page 111

133. On January 4, 2017, sent grievance to Secretary on missing response on grievances. See, Exhibit-U1, page, 80.

134. On January 6, 2017, went to medical for 8am appointment for monthly B-12 shot. Waited till 1:10pm and still no shot. I asked for refusal and RN Whidden was excited and said she would like to be a witness.

135. On January 6, 2017, wrote grievance on bad treatment by making me wait five and a half hours for a five minute procedure for B-12 shot that is pre-scheduled every month. (went and viewed my medical records.

136. On January 7, 2017, wrote grievance on defected crocks, defected crocks causing medical issues, with foot fungus and feet hurting all the time. Informal #564-1702-0049.

137. On January 18, 2017 response back on 1701-564-050 med-retaliation sent to Secretary on January 21, 2017. The waiting of receiving (B-12 shots) [the

waiting demonstrates] a deliberate indifference. See, Exhibit-X1, page, 101. This is the sixth time they have left me sitting on hard steel for numerous hours when they know that it hurts me to sit, cause of tail bone problem that I've repeatedly have been to sick-call for. It is now becoming emotionally stressful to even come to medical knowing the staff continues to leave me sitting in pain for hours. I dreaded it every time I got called out to medical very depressing, messing with my head, emotionally.

138.   On January 22, 2017, at 5:30pm Officer Wilson asked me where my straw hat was. I explained that my no sun pass is from 10am to 5pm. And, the sun is going down. I am not required to have to wear hat past 5pm. And, I explained that I don't wear the hat because I like it I wear it because I have to wear it to shade my eyes from the sun. Officer Synthia Wilson told me the next time she works she is going to make me stand out in the sun. When I got back to the dorm, I wrote a grievance to document this incident of cruel and unusual treatment and harassment.

139.   On February 7, 2017, received a response on #1611-564-046, changed to 16-6-50952 denied based on the false statement by medical telling security my passes were not valid on October 16, 2016 when this problem with officer Wilson took place. This shows retaliation by either medical once again misreading my medical records, or Capt. Perez lying. I've showed them their documented evidence in grievance response page 75 Exhibit R-1, it state's pass renewed on August 2, 2016 expires on August 2, 2017. (This would be the no sun pass) this is documented evidence. See, page 109, Exhibit AB.

140.   On February 7, 2017, received a response on 1612-564-109 grievance on retaliation by Sgt. Hannan (denied by Asst. Warden Norwood, See, page. 110, 111; Exhibit AC before Sgt. Hannan started retaliation against myself, she approved in request dated October 16, 2016 page 112 Exhibit AD, to have my radio engraved "After I wrote grievance on lock dated November 10, 2016 page 89

Exhibit V6. Sgt. Hannan waived this grievance at me on December 14, 2016. See "Declaration page 90-94 Exhibit V7 thru V11, and on grievance page 88 Exhibit V5 – denied replacing my lock that officers unjustly broke off my locker, in retaliation for writing up officer Wilson on medical pass issues. Also, denying engraving radio see page 113, Exhibit AE. All these denials after Sgt. Hannan said in request that I would be put on call-out to have radio engraved. All this is their documented evidence. All these incidents tie in together with Capt. Woods putting down on me on October 20, 2016, paragraph 97. All this ties together with Sgt. Hannan refusing to replace my lock and engrave my radio.

141. On February 15, 2017 received grievance 17-6-04702 back from Secretary denied retaliation on Sgt. Hannan – Exhausted see Exhibit AF pages 114-115.

142. On February 15, 2017 received grievance response, #17-6-02052 back from Secretary See Exhibit-AA, page 121 same as grievance number 1612-546-077, page 86, the lock issue: Secretary says approved from this stand point. Sent to Warden at Desoto C.I. see paragraph 145 for response from the Desoto Institution, the Assistant Warden Norwood, did not do any additional investigation as the Secretary said that they would forwarded back to the institution for further investigation. Assistant Warden only copied from her first response on the lock from the institution on the first formal grievance dated December 20, 2016 page 86, Exhibit-V3, see page 124 of grievance response that was copied by Assistant Warden Norwood dated: March 7, 2017. See, Exhibit-Zc. PAGe 124

The response is a lie as stated in grievance 546-1611-0100 dated: November 4, 2016, page 89. Proves the Assistant Warden was untruthful in her response. Documented evidence these grievances all these issues ties together with Capt. Woods for putting down on my dorm for me exercising my right to the grievance process on writing up Officers on medical issues. Furthermore,

21

143.   On February 21, 2017, had another issue with a different officer, Officer Robbins, not acknowledging my no-sun pass. I was left standing in the sun for more than thirty (30) minutes. I then came over to the officer and tried to explain my issue with the no-sun pass; that was issued due to the laser surgery I had done on my eyes, and that I was experiencing a lot of pain for standing out in the sun. He thought that I was lying to him. I than went to the Sgt. in charge, Sgt. Nolin. And, Capt. Bowden was standing there also, and I tried to explain that due to the laser surgery I had done, the sun was bothering my eyes and I had a migraine type headache. Capt. Bowden interrupted me and told me to get away from there with the "bullshit" and pointed toward the gate (center) and told me to leave now. As I was walking away, I heard Sgt. Nolin say to Capt. Bowden, "I was just waiting for him to run out of breath and I was gonna send him packing as well."

When I got back to the dorm, I wrote two (2) grievances: One on Officer Robbins (#564-1703-0043; Exhibit-Za, page 122, and the other on Sgt. Nolin (#564-1703-0044, page 123, Exhibit-Zb). Furthermore.

144.   On March 7, 2017, Medical call-out RN Whidden informed me that I was there to see Dr. Soloranzo at the request of security to review or reevaluate my no-sun pass because of the problems that I was experiencing with the officers. Dr. Soloranzo told me he was going to refer me to the eye doctor but, never told me that he would be cancelling my no-sun pass. *See Exhibit BA page 127 and 128*

145.   On March 9, 2017, I received a response from the Assistant Warden Norwood that was already approved by the Secretary for further investigation, dated: February 1, 2017, page 121 of the Exhibits.

146.   On March 10, 2017, wrote grievance against Sgt. Buster for making fun of me over the no-sun pass issue. *Page 125-response says my pass is Now revoked*

147.   On March 15, 2017, went to medical sick-call for back and neck pain. RN Sgicano wouldn't refer to the doctor and wouldn't renew my Claritin

prescription and she informed me that my no-sun pass has been discontinued, and I said, "That Dr. Soloranzo never said he was going to cancel it. That he was going to wait until I see the eye doctor before making that decision. And that he Dr. Soloranzo just renewed the no-sun pass on August 2, 2016.

148.  On March 16, 2017, wrote grievance against security for retaliation for me writing up officers over the "no-sun pass" issues and my right to write grievances. See page 127 # 564-1703-0206

149.  On March 16, 2017, received response on grievance 564-1703-0087, Sgt. Buster from paragraph 146 telling me in response that my no-sun pass has been cancelled and there is no more issues. See paged 125, Exhibit-Zd. Furthermore

150.  All this retaliation is due to my writing up security about my no sun pass and a straw hat which was issued by Doctor Bahadja at Okeechobee Correctional Institution for the protection of my eyes after having Lasic surgery. Now, here at Desoto Correctional Institution after complaining through the grievance process about officers not acknowledging my no sun pass, security called medical to have my pass evaluated, and Dr. Soloranzo cancelled the no sun pass. See, Exhibit-Ab, page, 126. It also caused Capt. Woods to retaliate against the Plaintiff for writing up officers on these medical issues. further more on

A) 150  response from Norwood on paragraph 148 griev#564-1703-0206 Norwood coments that -No mention was made regarding the No sun pass-this is Another lie by Norwood look at page 128 medical record for 3-7-17 notes sun pass is mentioned. Them canceling my No son pass shows the retaliation in their records and their Actions. All for writing up staff on medical issues.

## **RELIEF REQUESTED**

151.   A declaration that the acts and omissions described herein violated Plaintiff's rights under the constitution and laws of the United States.

152.   A preliminary and permanent injunction ordering Defendants, Julia Jones; and P. Murphy for the Plaintiff to be treated by a neurologist specialist for the injuries that Dr. Solorzano caused Plaintiff when he improperly put him on a cane when proper medical standard care on knee injuries should have been issued crutches. For the neurologist to diagnose and present treatment plan for Plaintiff's injuries and also to prescribe pain medications.

153.   A preliminary and permanent injunction ordering Defendants, Julia Jones and Warden P. Murphy for the Plaintiff to be treated by a orthopedic specialist for his feet, shoulder and knee problems, to diagnose and present a treatment plan for the Plaintiff's well being, and to prescribed orthopedic footwear.

154.   A preliminary and permanent injunction ordering Defendant, Hannan to cease her conduct on Plaintiff's property. To do her lawful job by engraving his radio and replacing his lock.

155.   A preliminary and permanent injunction ordering Defendants, Julia Jones and Warden P. Murphy to order their the medical department to prescribed the Plaintiff the proper pain medication to replace the Naproxen (that was wrongfully prescribed) that's sufficient enough to alleviate the pain.

156.   A preliminary and permanent injunction ordering Defendants, Julia Jones and Warden P. Murphy to order their medical department to prescribed to Plaintiff "polarized prescription sunglasses "that Plaintiff needs to protect his eyes from the harsh rays of the sun.

157.   Compensatory damages against Doctor Solorzano; Doctor Trung Van Le; Wexford HealthSource Incorporated; Capt. Woods; Sgt. Hannan; Officer Wilson, and Assistant Warden Norwood jointly and severally.

24

158.   Punitive damages in the amount of $50,000.00 against Capt. Woods.

159.   Punitive damages in the amount of $750,000.00 against Doctor Solorzano; Wexford HealthSource Incorporated

160.   Punitive damages in the amount of $250,000.00 against Doctor Trung Van Le.

161.   Punitive damages in the amount of $25,000.00 for the rest of the Defendants; Assistant Warden Norwood; Synthia Wilson; LPN C. Williams; RN Susan Scigiano, and Sgt. Hannan.

162.   A jury trial on all issues triable by jury.

163.   Plaintiff's cost in this suit, including his time as pro se litigant hours used in law library working on this case.

164.   Any additional relief this Court deems just.

I DECLARE UNDER PENALTY OF PERJURY

I have read the foregoing complaint and hereby verify that the matters alleged therein are true and correct. I CERTIFY UNDER PENALTY OF PERJURY that the foregoing is true and correct.

Executed this 30 day of March, 2017.


Stephen A. Moretto, Plaintiff
DC#719553
Desoto Correctional Institution Annex
13617 Southeast Highway 70
Arcadia, Florida 34266-7800

## GRIEVANCE EXHAUSTED

**Date:**

| | |
|---|---|
| 2-3-16 | Not proper medical treatment; 16-6-0161; See Exhibit-D2, page 22. |
| 2-3-16 | Not getting proper on previous condition; 16-6-06163 |
| 2-6-16 | Denial medical care; 1604-564-084 - "changed; 16-6-25625 See, Exhibit-B2 and B4. |
| 4-12-16 | I disagreed with not; 16-6-17317; See, Exhibit-C2, page. |
| 5-15-16 | Not Getting Proper Medical Care, 1604-564-061 changed to 16-6-20715 Exhibit-A2, page, 2. |
| 7-5-16 | Denying medical passes; 16-6-30373; See, Exhibit-H4, page 40. |
| 7-21-16 | Passes not 1607-564-062. See, Exhibit-R1, page 76: No response yet. Sent to Secretary 8-18-16. |
| 8-21-16 | Naproxen; 16-6-37920; See, Exhibit-K3, page, 50. |
| 10-12-16 | 1611-564-045 Sent to Secretary on 11-10-16 |
| 10-17-16 | Miscare medical indifference; 1610-564-0761; See, Exhibit-P, page 71. No response back yet from Secretary-sent on 11-15-16. |
| 11-9-16 | 1610-564-069 Sent to Secretary on 11-10-16 |
| 11-29-16 | Denying medical care; 1611-564-026; See, Exhibit-P3, page 73. No response yet sent to Secretary on 11-29-16. |